JEFFRY GLENN,  SBN: 47357
BERMAN, GLENN & HAIGHT
The Hearst Building
5 Third Street, Suite 1100
San Francisco, CA  94103
Telephone: (415) 495-3950
Fax:          (415) 495-6900
Email: sflawyers@earthlink.net

Attorneys for Defendant:
LUIS CID-SALINAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LUIS CID-SALINAS,<br><br>  Defendant. | Case No. CR 13-0407 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCE DATE** |

Defendant, Luis Cid-Salinas through his attorney Jeffry Glenn and Assistant United States Attorney Natalie Lee jointly stipulate and agree that sentencing in this matter, which is currently scheduled for January 8, 2014, shall, instead take place on January 22, 2014 at 2:30 p.m. This continuance is necessary to allow the Probation Officer to gather additional information regarding Defendant's

family. The parties have discussed the proposed date with the Probation Officer and she agrees with the proposed continuance and is available on the proposed new date.

Dated: January 2, 2014

                                      Respectfully submitted,

IT IS SO STIPULATED:

                                      _____/s/_____
                                                       JEFFRY GLENN
                                  Attorney for Defendant Luis Cid-Salinas

                                      _____/s/_____
                                                       NATALIE LEE
                                  Assistant United States Attorney

                                            ATTESTATION

    Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above listed signatories.

                              By: /s/ Jeffry Glenn
                                   Jeffry Glenn

**ORDER**

Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED that sentencing in this matter shall be continued to January 22, 2014 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: 1/3/14



_____
EDWARD M. CHEN
United States District Judge